**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICAN SMALL BUSINESS LEAGUE,                     No.     C05-04789 MJJ

               Plaintiff,                          **ORDER TO SHOW CAUSE**

  v.

 UNITED STATES SMALL BUSINESS
ADMINISTRATION,

              Defendant.
_____/

      THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should

not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil

Procedure.

      If plaintiff fails to file a written response to this order to show cause by **March 3, 2006**, the

case shall be dismissed for failure to prosecute.  The Case Management Conference set for February

28, 2006, is **vacated.**

      **IT IS SO ORDERED.**

Dated:      2/21/2006                    _____
                                              MARTIN J. JENKINS
                                              United States District Judge