IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE, | No.   C05-04789 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, | |
| Defendant. | |

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If plaintiff fails to file a written response to this order to show cause by **August 11, 2006**, the case shall be dismissed for failure to prosecute.

The Case Management Conference set for August 22, 2006 is **vacated.**

**IT IS SO ORDERED.**

Dated:     7/25/2006

MARTIN J. JENKINS
United States District Judge