PAUL D. GUTIERREZ, State Bar No. 66059
ROBERT E. BELSHAW, State Bar No. 142028
GUTIERREZ ▪ RUIZ LLP
601 Montgomery Street, Suite 325
San Francisco, California 94111
Telephone: (415) 398-9000
Facsimile: (415) 398-5800

Attorneys for Plaintiff
American Small Business League

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION<br><br>Defendants. | CASE NO. C05-04789 MJJ<br><br>NOTICE OF VOLUNTARY DISMISSAL AND ORDER |

Notice is hereby given that pursuant to FRCP 41 (a), Plaintiff American Small Business League voluntarily dismisses the above-captioned action without prejudice.

Dated: August 4, 2006          Gutierrez Ruiz


*Robert E. Belshaw*
Robert E. Belshaw
Attorneys for American Small
Business League



8/11/2006

**NOTICE OF DISMISSAL**